IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENWOOD MCQUEEN,<br><br>        Petitioner,<br><br>  vs.<br><br>RICK HILL, Warden,<br><br>        Respondents. | No. C 13-4643 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 3) |

      Petitioner is a state prisoner currently incarcerated at Folsom State Prison, located within the venue of the United States District Court for the Eastern District of California. He has filed a habeas petition challenging the denial of parole.

      A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* However, if the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249

(9th Cir. 1989).

    Petitioner's claims are directed to the execution of sentence, in that they involve the denial of parole. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Petitioner's pending motion for leave to proceed in forma pauperis (dkt. 3).

    The Clerk of the Court shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: November 15, 2013

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

LENWOOD MCQUEEN,

      Plaintiff,

v.

RICK HILL et al,

      Defendant.

Case Number: CV13-04643 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lenwood McQueen
P14488
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: November 18, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk